UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| CHARLES DAVID STAMPER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC SHINSEKI and ROY FLORES, ) <br> ) <br> Defendants. ) | Case No. 2:10-CV-00280 <br><br> Chief Judge Curtis L. Collier |

## **O R D E R**

Before the Court is a motion filed by Plaintiff Charles David Stamper ("Plaintiff") requesting leave to proceed *in forma pauperis* (Court File No. 1). Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") finding Plaintiff has sufficient funds to pay the Court's filing fee (Court File No. 6). Specifically, Magistrate Judge Lee recommends Plaintiff be denied pauper's status and be assessed the $350.00 filing fee. Magistrate Judge Lee further recommends Plaintiff be permitted to pay the filing fee in monthly installments of $35.00. None of the parties have filed an objection to the R&R, and Court notes Plaintiff has already made two payments to the Clerks's office, which also indicates his lack of an objection.

After reviewing the record, this Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) (Court File No. 6). The Court hereby **ORDERS:**

(1). Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED** (Court File No. 1).

(2). Plaintiff is **ORDERED** to pay the $350.00 filing fee in ten monthly installments of $35.00.

(3).     The Clerk's office is **DIRECTED** to file Plaintiff's complaint as of the date of this Order.

**SO ORDERED.**

**ENTER:**

                **§/**  _____
                **CURTIS L. COLLIER**
                **CHIEF UNITED STATES DISTRICT JUDGE**